## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| | | |
|---|---|---|
| ROBERT C. WRIGHT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 4:14-cv-118 |
| | : | |
| TVSDATASOURCE, INC., | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF CONSENT TO JURISDICTION OF MAGISTRATE JUDGE

The parties hereby notify the Court that each has now consented to the jurisdiction of a Magistrate Judge for trial purposes, and that they also wish to engage in a mediation session at the Court's earliest opportunity. Accordingly, they request that the Court appoint a Magistrate Judge for settlement purposes upon reassignment of this matter.

                                              Respectfully submitted,
                                              **ROBERT C. WRIGHT**

                                      By:     /s/
                                                Of Counsel

Matthew J. Erausquin, VSB No. 65434
Casey S. Nash, VSB No. 84261
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7700
Fax:   (888) 892-3512
matt@clalegal.com
casey@clalegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of June, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

William L. Mitchell, II
Eccleston & Wolf
10400 Eaton Place, Ste. 107
Fairfax, VA 22030
Tel:    703-218-5330
Fax:    703-218-5350
Email: wmitchell@ewva.com
*Counsel for TVSDatasource, Inc.*

                                              /s/
Casey S. Nash, VSB No. 84261
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7700
Fax:   (888) 892-3512
casey@clalegal.com