UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News DIVISION

Robert C. Wright
Plaintiff

vs.  Case Number: 4:14-cv-118

TVSDatasource, Inc.
Defendant

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule Civil Procedure 73, the parties in this case hereby voluntarily waive their right to proceed before a United States district judge and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of final judgment.

| Plaintiff's signature | Printed name | Date signed |
|---|---|---|
| [signature] | Robert C. Wright | June 12, 2015 |
| Plaintiff's counsel's signature | Casey S. Nash | June 12, 2015 |
| Defendant's signature | TVSDatasource, Inc. | June 15, 2015 |
| Defendant's counsel's signature | William L. Mitchell, II | June 15, 2015 |

## NOTICE OF OPPORTUNITY TO CONSENT TO EXERCISE OF CIVIL JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. § 636(c) and Federal Rule Civil Procedure 73, you are notified that the United States magistrate judges of this court, upon the consent of the parties in a civil case, may conduct any and all proceedings in the case, including a jury or non-jury trial, and order the entry of a final judgment.

Any appeal shall be taken to the United States court of appeals, in accordance with 28 U.S.C. §636(c), as amended.

If a party agrees to the exercise of civil jurisdiction by a United States magistrate judge, that party should execute and file, either jointly or separately, this consent form.

Your decision to consent, or not to consent, to the referral of your case to a United States magistrate judge for disposition is voluntary. You are free to withhold consent without adverse substantive consequences. No district judge or magistrate judge will be informed of a party's response to this notification unless all parties have consented to the referral of the case to a magistrate judge.